IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE ENRIQUE LEBRON-GARCIA

    Petitioner

v.

JOHN E. WETZEL, et al.,

    Respondents.

CIVIL ACTION
NO. 18-1997

# ORDER

**AND NOW**, this 10th day of April 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. No. 10), Petitioner's Objections to the R&R (Doc. Nos. 11, 17), Petitioner's pro se Motion Requesting Leave to Amend the Petition for Writ of Habeas Corpus (Doc. No. 18), the pertinent state record in this case, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 10) is **APPROVED** and **ADOPTED**;

2. Petitioner's request for relief is **DENIED**;

3. Petitioner's Motion Requesting Leave to Amend the Petition for Writ of Habeas Corpus (Doc. No. 18) is **DENIED**.

4. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation and the Opinion of the Court issued this day, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Amended Petition for Writ of Habeas Corpus. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

5. Judgment in this matter is entered in favor of **RESPONDENTS**.

6. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.